FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALYSSA DOWLING,<br>Plaintiff,<br>v.<br>ERIC KOMITEE,<br>Defendant. | No. 2:26-CV-00218-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On July 28, 2026, the Court dismissed Plaintiff's Complaint with leave to amend. On August 12, 2026, the Court's Order was returned as undeliverable. Nothing has been filed since.

A party proceeding pro se is expected to keep the Court appraised of their current mailing address. LCivR 41(b)(2). If mail directed to a pro se party is returned undeliverable, and such an individual fails to notify the Court within 60 days thereafter of their current address, the Court may dismiss the action. *Id*.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 20th day of November 2026.

Stan Bastian

Stan Bastian
Chief United States District Judge